# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  WILLIAM J. MATTIS<br>CHRISTINA MATTIS<br>          Debtor(s) | Bankruptcy No.11-27412-JAD |
| Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>WILLIAM J. MATTIS<br>CHRISTINA MATTIS<br><br>          Respondents | Chapter 13<br><br><br>Related To Doc. No. 104 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of December, 2016, it is hereby ORDERED, ADJUDGED and DECREED that,

University Of Pittsburgh
Cashiers Office G-7
127 Thackeray Hall
Pittsburgh,PA 15260

is hereby ordered to immediately terminate the attachment of the wages of CHRISTINA MATTIS, social security number XXX-XX-1680. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTINA MATTIS.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
12/20/16 5:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William J. Mattis  
Christina Mattis  
    Debtors

Case No. 11-27412-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Dec 20, 2016  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.  
db/jdb       +William J. Mattis,   Christina Mattis,   131 Constitution Ave,   West Mifflin, PA 15122-1936  
intp         +University of Pittsburgh,   Attention: Payroll Administrator,   127 Thackeray Hall,    Pittsburgh, PA 15213-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor William J. Mattis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina  Mattis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                TOTAL: 7