**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | WILLIAM J. MATTIS |
| Debtor 2 (Spouse, if filing) | CHRISTINA MATTIS |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-27412JAD |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** BANK OF AMERICA(*)

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4 0 8 5

**Property Address:** 131 CONSTITUTION AVE
WEST MIFFLIN PA 15122

## Part 2: Cure Amount

**Total cure disbursements made by the trustee:** | **Amount**
---|---
a. Allowed prepetition arrearage: | (a) $ 805.40
b. Prepetition arrearage paid by the trustee: | (b) $ 805.40
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00
e. Allowed postpetition arrearage: | (e) $ 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00
g. **Total.** Add lines b, d, and f. | (g) $ 805.40

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $870.61

The next postpetition payment is due on: 2 / 1 / 2017 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N    **Notice of Final Cure Payment**    page 1

Debtor 1 **WILLIAM J. MATTIS**  
Name

Case number *(if known)* **11-27412JAD**

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour  
Signature

Date 01/18/2017

Trustee  Ronda J. Winnecour

Address  CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566

Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | WILLIAM J. MATTIS | Case number *(if known)* | 11-27412JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 148.14 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 252.72 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 252.71 |
| 06/25/2013 | 0848485 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 151.83 |
| | | | | 805.40 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/27/2012 | 0785617 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 2,834.49 |
| 04/24/2012 | 0789848 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,210.43 |
| 05/29/2012 | 0794135 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 819.76 |
| 06/27/2012 | 0798588 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 765.83 |
| 07/27/2012 | 0802916 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 862.45 |
| 08/30/2012 | 0807265 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 917.34 |
| 09/25/2012 | 0811488 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 947.98 |
| 10/29/2012 | 0815395 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 959.77 |
| 11/27/2012 | 0819550 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,039.88 |
| 12/21/2012 | 0823589 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,088.47 |
| 01/29/2013 | 0827699 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,059.91 |
| 02/25/2013 | 0832005 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,080.50 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 937.15 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 06/25/2013 | 0848485 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 07/25/2013 | 0852695 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 08/27/2013 | 0856864 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 09/26/2013 | 0861029 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 10/25/2013 | 0865141 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 11/22/2013 | 0869224 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 12/23/2013 | 0873239 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 01/28/2014 | 0877266 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 02/25/2014 | 0881447 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 831.03 |
| 03/25/2014 | 0885478 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 976.11 |
| 04/25/2014 | 0889535 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 05/28/2014 | 0893669 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 06/25/2014 | 0897733 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 07/24/2014 | 0901832 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 08/26/2014 | 0905929 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 09/29/2014 | 0909979 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 10/29/2014 | 0914145 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 11/24/2014 | 0918172 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 12/22/2014 | 0922830 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 01/27/2015 | 0926798 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 02/24/2015 | 0930989 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.30 |
| 03/26/2015 | 0935007 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,012.62 |
| 04/24/2015 | 0939153 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 05/26/2015 | 0943321 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 06/23/2015 | 0947335 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 07/28/2015 | 0951289 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 08/26/2015 | 0955396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 09/28/2015 | 0959385 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 10/26/2015 | 0963261 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 11/24/2015 | 0967369 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.78 |
| 12/22/2015 | 0971479 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 01/26/2016 | 0975464 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 02/24/2016 | 0979472 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 03/28/2016 | 0983408 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 04/22/2016 | 0987732 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 05/24/2016 | 0991657 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 903.66 |
| 07/26/2016 | 1004381 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,501.24 |
| 08/26/2016 | 1008346 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 865.40 |
| 09/27/2016 | 1012378 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 865.40 |
| 10/26/2016 | 1016303 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 865.40 |
| 11/21/2016 | 1019723 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 865.40 |

| Debtor 1 | **WILLIAM J. MATTIS** | Case number *(if known)* | **11-27412JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 12/21/2016 | 1022977 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 870.61 |
| | | | | 53,679.13 |

Case 11-27412-JAD    Doc 110    Filed 01/18/17    Entered 01/18/17 15:11:11    Desc Main
Document      Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM J. MATTIS
CHRISTINA MATTIS
131 CONSTITUTION AVE
WEST MIFFLIN, PA  15122

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

BANK OF AMERICA(*)
7105 CORPORATE DR
PLANO, TX  75024

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

1/18/17

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee