Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William J. Mattis**
**Christina Mattis**
   Debtor(s)

Bankruptcy Case No.: 11−27412−JAD
Doc. No. 111
Chapter: 13
Docket No.: 112 − 111
Concil. Conf.: April 20, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 13, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 28, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **April 20, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 27, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 11-27412-JAD
William J. Mattis                                                   Chapter 13
Christina Mattis
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                 Page 1 of 3              Date Rcvd: Jan 27, 2017
                              Form ID: 410               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb         +William J. Mattis,   Christina Mattis,    131 Constitution Ave,   West Mifflin, PA 15122-1936
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
intp           +University of Pittsburgh,   Attention: Payroll Administrator,   127 Thackeray Hall,
                 Pittsburgh, PA 15213-2519
13249876      ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,   COLUMBUS GA  31907-3049
                 (address filed with court: Aspire/Cb&T,   9 Mutec Dr,   Columbus, GA 31907)
13249875       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13266024       +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
13249877       +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13303207        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13249878      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13547262       +Capital One Bank (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13249879       +Citi/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13332790        CitiFinancial Services, Inc,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
13269329       +Department Stores National Bank/Macy’s,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13269330       +Department Stores National Bank/Visa,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13249882        Equitabl Gas,   Allegheny Ctr Mall Ste 2000,   Pittsburgh, PA 15212
13249883       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13266032       +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
13249887      ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13357882       +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13249886       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13249888       +Macys/Fdsb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249889       +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249891       +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13249892       +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13249893       +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13249894       +Std Mtg Co,   5871 Glenridge Drive,   Atlanta, GA 30328-5375
13249895       +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
13249897       +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194
13249898       +Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249899       +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13249900       +Wfnnb/Ny&C,   220 W Schrock Rd,   Westerville, OH 43081-2873
13249901       +Wfnnb/Sam Levin Inc,   Po Box 29168,   Columbus, OH 43229-0168
13851152        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Jan 28 2017 01:25:11   Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Jan 28 2017 01:25:11   HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:38:22
                 PRA Receivables Management, LLC,   PO Box 12907,   Norfolk, VA 23541-0907
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2017 01:27:27
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jan 28 2017 01:25:11   eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13476570       +E-mail/Text: bnc@bass-associates.com Jan 28 2017 01:25:11   Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13249880       +E-mail/Text: creditonebknotifications@resurgent.com Jan 28 2017 01:25:15   Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
13255555        E-mail/Text: mrdiscen@discover.com Jan 28 2017 01:25:14   Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13249881       +E-mail/Text: mrdiscen@discover.com Jan 28 2017 01:25:14   Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13327137       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 28 2017 01:26:01   Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13249884        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:27:36   Gecrb/Ge Money Bank Lo,
                 Po Box 103065,   Roswell, GA 30076
13266033        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:27:25   Gecrb/Ge Money Bank Lowes,
                 Po Box 103065,   Roswell, GA 30076
13249885        E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:27:25   Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
```

```
District/off: 0315-2          User: msch                    Page 2 of 3                   Date Rcvd: Jan 27, 2017
                              Form ID: 410                  Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13366472       +E-mail/Text: bnc@bass-associates.com Jan 28 2017 01:25:11      HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13377612        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2017 01:25:46      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
13333254        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2017 01:27:40
                 LVNV Funding LLC its successors and assigns as,    assignee of FNBM LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13345397        E-mail/Text: bkr@cardworks.com Jan 28 2017 01:25:10      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13249890       +E-mail/Text: bkr@cardworks.com Jan 28 2017 01:25:10      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
13320250       +E-mail/Text: bncmail@w-legal.com Jan 28 2017 01:25:45      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13916932        E-mail/PDF: cbp@onemainfinancial.com Jan 28 2017 01:27:38      OneMain Financial Inc,
                 P.O. Box 6042,   Sioux Falls, SD 57117-6042
13343467        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:39:14
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13619234       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2017 01:39:14
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13298082       +E-mail/Text: csidl@sbcglobal.net Jan 28 2017 01:25:52      Premier Bankcard/Charter,   POB 2208,
                 Vacaville, CA 95696-8208
13293988        E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2017 01:25:23
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
13270973        E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2017 01:27:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13278307       +E-mail/Text: bncmail@w-legal.com Jan 28 2017 01:25:44      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13249896       +E-mail/Text: mjoyce@triboro-fcu.org Jan 28 2017 01:25:59      Tri Boro Fcu,   600 E 8th Ave,
                 Munhall, PA 15120-1900
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Duquesne Light Company
13249874        William J. Mattis and Christina Mattis
13266022        William J. Mattis and Christina Mattis
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
13266025*      ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,   COLUMBUS GA  31907-3049
               (address filed with court: Aspire/Cb&T,   9 Mutec Dr,   Columbus, GA 31907)
13266023*      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13266026*      +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13266027*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13550540*      +Capital One Bank (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13266028*      +Citi/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13266029*      +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13266030*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13266031*      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13266034*      +Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13266036*      ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13359968*      +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13266035*      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13266037*      +Macys/Fdsb,   9111 Duke Blvd,   Mason, OH 45040-8999
13266038*      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13266039*      +Merrick Bank,   Po Box 9201,   Old Bethpage, NY 11804-9001
13266040*      +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13266041*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13266042*      +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13266043*      +Std Mtg Co,   5871 Glenridge Drive,   Atlanta, GA 30328-5375
13266044*      +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
13266045*      +Tri Boro Fcu,   600 E 8th Ave,   Munhall, PA 15120-1900
13266046*      +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194
13266047*      +Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13266048*      +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13266049*      +Wfnnb/Ny&C,   220 W Schrock Rd,   Westerville, OH 43081-2873
13266050*      +Wfnnb/Sam Levin Inc,   Po Box 29168,   Columbus, OH 43229-0168
                                                                                        TOTALS: 4, * 28, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: msch              Page 3 of 3             Date Rcvd: Jan 27, 2017
                              Form ID: 410            Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor William J. Mattis ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina  Mattis ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8
```