**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. MATTIS<br>CHRISTINA MATTIS<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Repondents. | Case No.:11-27412 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/09/2011  and confirmed on 2/15/12 .  The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 111,950.00 |
| Less Refunds to Debtor | | 3,513.24 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 108,436.76 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,800.00 | | |
|   Trustee Fee | | 3,833.23 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 7,633.23 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ONE MAIN FINANCIAL INC** | 6,172.54 | 6,172.54 | 449.48 | 6,622.02 |
|     Acct: 9051 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 53,679.13 | 0.00 | 53,679.13 |
|     Acct: 4085 | | | | |
|   TRI BORO FEDERAL CREDIT UNION* | 0.00 | 16,182.00 | 0.00 | 16,182.00 |
|     Acct: 1603 | | | | |
|   BANK OF AMERICA(*) | 805.40 | 805.40 | 0.00 | 805.40 |
|     Acct: 4085 | | | | |
|   TRI BORO FEDERAL CREDIT UNION* | 522.00 | 522.00 | 0.00 | 522.00 |
|     Acct: 1603 | | | | |
| | | | | 77,810.55 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. MATTIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. MATTIS | 3,513.24 | 3,513.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-15 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 126.37 | 69.77 | 0.00 | 69.77 |
|     Acct: 6001 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 4,334.14 | 2,392.79 | 0.00 | 2,392.79 |
|     Acct: 3563 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 578.07 | 319.14 | 0.00 | 319.14 |
|     Acct: 7954 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 559.78 | 309.04 | 0.00 | 309.04 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9814 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 2,382.30 | 1,315.22 | 0.00 | 1,315.22 |
| Acct: 4283 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 476.69 | 263.17 | 0.00 | 263.17 |
| Acct: 4897 | | | | |
|   DISCOVER BANK(*) | 5,510.15 | 3,042.03 | 0.00 | 3,042.03 |
| Acct: 6608 | | | | |
|   PREMIER BANKCARD/CHARTER | 804.00 | 443.87 | 0.00 | 443.87 |
| Acct: 5334 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 5,088.96 | 2,809.51 | 0.00 | 2,809.51 |
| Acct: 2141 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 4,065.51 | 2,244.49 | 0.00 | 2,244.49 |
| Acct: 7932 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 476.51 | 263.07 | 0.00 | 263.07 |
| Acct: 6509 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 461.70 | 254.90 | 0.00 | 254.90 |
| Acct: 5624 | | | | |
|   ECAST SETTLEMENT CORP** | 4,053.68 | 2,237.96 | 0.00 | 2,237.96 |
| Acct: 3930 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 495.00 | 273.28 | 0.00 | 273.28 |
| Acct: 6097 | | | | |
|   MERRICK BANK | 559.35 | 308.81 | 0.00 | 308.81 |
| Acct: 6715 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 1,608.89 | 888.24 | 0.00 | 888.24 |
| Acct: 0465 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, L | 889.15 | 490.88 | 0.00 | 490.88 |
| Acct: 5558 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 2,475.88 | 1,366.88 | 0.00 | 1,366.88 |
| Acct: 7447 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 2,106.30 | 1,162.85 | 0.00 | 1,162.85 |
| Acct: 3453 | | | | |
|   WFNNB FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1263 | | | | |
|   QUANTUM3 GROUP LLC AGNT - WFNNB | 4,595.50 | 2,537.08 | 0.00 | 2,537.08 |
| Acct: 9539 | | | | |
|   ONE MAIN FINANCIAL INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9051 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8853 | | | | |
|   ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0538 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9952 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7820 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9620 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4920 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1263 | | | | |
|   STD MRTG CORP GA/SVCR SKY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2591 | | | | |
|   TRI BORO FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1602 | | | | |
|   UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8914 | | | | |
|   WFNNB/NEW YORK & CO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX6322 | | | | |
| | | | | 22,992.98 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 100,803.53 |

```
TOTAL
   CLAIMED          0.00
   PRIORITY     7,499.94
   SECURED     41,647.93
```

Date: 01/27/2017                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM J. MATTIS
    CHRISTINA MATTIS
        Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:11-27412 JAD

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  _____
                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 11-27412-JAD
William J. Mattis                                               Chapter 13
Christina Mattis
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch               Page 1 of 3          Date Rcvd: Jan 30, 2017
                              Form ID: pdf900          Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db/jdb         +William J. Mattis,   Christina Mattis,   131 Constitution Ave,   West Mifflin, PA 15122-1936
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
intp           +University of Pittsburgh,   Attention: Payroll Administrator,   127 Thackeray Hall,
                 Pittsburgh, PA 15213-2519
13249876      ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,   COLUMBUS GA 31907-3049
                 (address filed with court: Aspire/Cb&t,     9 Mutec Dr,   Columbus, GA 31907)
13249875       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13266024       +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
13249877       +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13303207        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13249878      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13547262       +Capital One Bank (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13249879       +Citi/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13332790        CitiFinancial Services, Inc,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
13269329       +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13269330       +Department Stores National Bank/Visa,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13249882        Equitabl Gas,   Allegheny Ctr Mall Ste 2000,   Pittsburgh, PA 15212
13249883       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13266032       +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
13249887      ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13357882       +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13249886       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13249888       +Macys/Fdsb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249889       +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249891       +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13249892       +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13249893       +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13249894       +Std Mtg Co,   5871 Glenridge Drive,   Atlanta, GA 30328-5375
13249895       +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
13249897       +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194
13249898       +Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13249899       +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13249900       +Wfnnb/Ny&C,   220 W Schrock Rd,   Westerville, OH 43081-2873
13249901       +Wfnnb/Sam Levin Inc,   Po Box 29168,   Columbus, OH 43229-0168
13851152        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:29     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:29     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:37:45
                 PRA Receivables Management, LLC,   PO Box 12907,   Norfolk, VA 23541-0907
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:18:59
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:29     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13476570       +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:29     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13249880       +E-mail/Text: creditonebknotifications@resurgent.com Jan 31 2017 02:21:49     Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
13255555        E-mail/Text: mrdiscen@discover.com Jan 31 2017 02:21:45     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13249881       +E-mail/Text: mrdiscen@discover.com Jan 31 2017 02:21:45     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13327137       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 31 2017 02:24:23     Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13249884        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:18:45     Gecrb/Ge Money Bank Lo,
                 Po Box 103065,   Roswell, GA 30076
13266033        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:18:45     Gecrb/Ge Money Bank Lowes,
                 Po Box 103065,   Roswell, GA 30076
13249885        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:19:44     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
```

```
District/off: 0315-2          User: msch                  Page 2 of 3                    Date Rcvd: Jan 30, 2017
                              Form ID: pdf900             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13366472       +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:29      HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13377612        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2017 02:23:32      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13333254        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2017 02:19:05
                 LVNV Funding LLC its successors and assigns as,    assignee of FNBM LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13345397        E-mail/Text: bkr@cardworks.com Jan 31 2017 02:21:27      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13249890       +E-mail/Text: bkr@cardworks.com Jan 31 2017 02:21:27      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13320250       +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:28      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13916932        E-mail/PDF: cbp@onemainfinancial.com Jan 31 2017 02:20:44      OneMain Financial Inc,
                 P.O. Box 6042,    Sioux Falls, SD 57117-6042
13343467        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:39:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13619234       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:20:13
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13298082       +E-mail/Text: csidl@sbcglobal.net Jan 31 2017 02:23:53      Premier Bankcard/Charter,    POB 2208,
                 Vacaville, CA 95696-8208
13293988        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2017 02:22:22
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13270973        E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:19:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13278307       +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:21      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13249896       +E-mail/Text: mjoyce@triboro-fcu.org Jan 31 2017 02:24:19      Tri Boro Fcu,    600 E 8th Ave,
                 Munhall, PA 15120-1900
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Duquesne Light Company
13249874        William J. Mattis and Christina Mattis
13266022        William J. Mattis and Christina Mattis
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
13266025*     ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,    COLUMBUS GA  31907-3049
                (address filed with court: Aspire/Cb&T,    9 Mutec Dr,   Columbus, GA 31907)
13266023*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13266026*      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
13266027*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
13550540*      +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13266028*      +Citi/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13266029*      +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13266030*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13266031*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13266034*      +Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13266036*     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
13359968*      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13266035*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13266037*      +Macys/Fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266038*      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266039*      +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
13266040*      +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13266041*      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13266042*      +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13266043*      +Std Mtg Co,    5871 Glenridge Drive,    Atlanta, GA 30328-5375
13266044*      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13266045*      +Tri Boro Fcu,    600 E 8th Ave,    Munhall, PA 15120-1900
13266046*      +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
13266047*      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266048*      +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13266049*      +Wfnnb/Ny&C,    220 W Schrock Rd,    Westerville, OH 43081-2873
13266050*      +Wfnnb/Sam Levin Inc,    Po Box 29168,    Columbus, OH 43229-0168
                                                                                   TOTALS: 4, * 28, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: msch                  Page 3 of 3                   Date Rcvd: Jan 30, 2017
                               Form ID: pdf900             Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor William J. Mattis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina  Mattis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```