# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. MATTIS | : | Case No. 11-27412-JAD |
| CHRISTINA MATTIS | : | |
|       Debtor, | : | Chapter 13 |
| | : | |
| TRI BORO FEDERAL | : | |
| CREDIT UNION | : | Related to Docket No.: 119, 120 |
| | : | |
|       Movant | : | Hearing Date: 3/8/17 at 9:30 AM |
|    v. | : | |
| | : | |
| WILLIAM J. MATTIS | : | |
| CHRISTINA MATTIS | : | |
|       Respondent | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| | : | |
|       Trustee | : | |

**CERTIFICATE OF SERVICE OF: (1) ORDER SETTING DATE CERTAIN FOR RESPONSE AND HEARING AND (2) RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below on 2/10/17.

| | |
|---|---|
| Paul W. McElrath, Jr. | Ronda J. Winnecour, Esq. |
| McElrath Legal Holdings, LLC | Suite 3250, USX Tower |
| 1641 Saw Mill Run Boulevard | 600 Grant Street |
| Pittsburgh, PA 15210 | Pittsburgh, PA 15219 |
| *Attorney for Debtor* | *Trustee* |
| | |
| William J. Mattis | Christina Mattis |
| 131 Constitution Avenue | 131 Constitution Avenue |
| West Mifflin, PA 15122 | West Mifflin, PA 15122 |
| *Debtor* | *Debtor* |

The type of service made on the parties was First Class Mail.

Executed on: 2/10/17        BY:   */s/ Jeffrey A. Golvash*
                                               Jeffrey A. Golvash, Esquire
                                               PA I.D. #86216
                                               Email: jgolvash@brd-law.com
                                               445 Fort Pitt Boulevard, Suite 200
                                               Pittsburgh, PA  15219
                                               (412) 281-0776