# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | WILLIAM J. & CHRISTINA MATTIS |
| **Case Number:** | 11-27412-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 08, 2017 09:30 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Response To Notice Of Final Cure Payment filed by Tri Boro Federal Credit Union
- Trustee's Reply To Response To Trustee's Notice Of Final Cure Payment filed 3/1/2017 at Doc. No. 124
[Due 2/27/2017]
**R / M #:** 119 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS: PAUL W. McELRATH, JR., ESQUIRE
MOVANT/CREDITOR: JEFFREY A. GOLVASH, ESQUIRE for TRI BORO FCU

## *Proceedings:*

___ Motion is GRANTED   /   DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY   /   JURY
_____ Simple / Pretrial Order - NONJURY   /   JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: O/E.  Response withdrawn.

**- Modified Order Entered 3/8/2017 at Trustee's Reply
(filed at Doc. No. 124)**

FILED
3/8/17 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge