IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
William J. Mattis                           :    Case No. 11-27412JAD
Christina Mattis                            :    Chapter 13
                                            :    Doc. No. 124
Debtor(s)                                   :    Related To Doc. No. 119

## ORDER

NOW, this ___6th___ day of ___Mar_____, 2017, upon consideration of the Trustee's Notice of Final Cure, the Response of Tri Boro Federal Credit Union, and the Trustee's Reply, it is

ORDERED, that the Court hereby determines that the debtors' mortgage with Tri Boro Federal Credit Union has been cured and reinstated pursuant to 11 U.S.C. § 1322(b)(5), through January 2017. It is further

ORDERED that Tri Boro Federal Credit Union is prohibited from adding any fees or other charges to the debtors' account in connection with the filing of its Response, or for attending any hearing in this matter. It is further

ORDERED that that not later than 30 days from the date of this order, Tri Boro Federal Credit Union shall file a complete legible loan history for the debtors' account.

BY THE COURT:

Dated: ___3-6-2017___

_____
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
William J. and Christina Mattis
Paul W. McElrath, Jr., Esquire
Jeffrey A. Golvash Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

1

FILED
3/8/17 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William J. Mattis
Christina Mattis
      Debtors

Case No. 11-27412-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Mar 08, 2017
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db/jdb       +William J. Mattis,    Christina Mattis,    131 Constitution Ave,    West Mifflin, PA 15122-1936
aty          +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,    Suite 500,    Pittsburgh, PA 15219-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paul W. McElrath, Jr.    on behalf of Debtor William J. Mattis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina Mattis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                           TOTAL: 8