**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William J. Mattis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–1680**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Christina Mattis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4772**<br>EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **11–27412–JAD**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William J. Mattis                                    Christina Mattis

3/31/17                                              **By the court:**    <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 11-27412-JAD
William J. Mattis                                                                Chapter 13
Christina Mattis
       Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: llea                  Page 1 of 3                  Date Rcvd: Mar 31, 2017
                              Form ID: 3180W              Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db/jdb         +William J. Mattis,    Christina Mattis,    131 Constitution Ave,    West Mifflin, PA 15122-1936
aty            +Jeffrey A. Golvash,    445 Fort Pitt Boulevard,    Suite 500,    Pittsburgh, PA 15219-1323
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
intp           +University of Pittsburgh,    Attention: Payroll Administrator,    127 Thackeray Hall,
                 Pittsburgh, PA 15213-2519
13249876     ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire/Cb&T,      9 Mutec Dr,    Columbus, GA 31907)
13266024       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13303207        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13547262       +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13249879       +Citi/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13332790        CitiFinancial Services, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
13249882        Equitabl Gas,    Allegheny Ctr Mall Ste 2000,    Pittsburgh, PA 15212
13266032       +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
13357882       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13249891       +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13249894       +Std Mtg Co,    5871 Glenridge Drive,    Atlanta, GA 30328-5375
13249897       +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
13851152        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2017 01:42:44      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: BASSASSOC.COM Apr 01 2017 01:23:00     Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM Apr 01 2017 01:23:00     HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
cr             +EDI: PRA.COM Apr 01 2017 01:23:00     PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
cr              EDI: RECOVERYCORP.COM Apr 01 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +E-mail/Text: mjoyce@triboro-fcu.org Apr 01 2017 01:43:33      Tri Boro Federal Credit Union,
                 600 East Eighth Avenue,    Munhall, PA 15120-1900
cr             +EDI: BASSASSOC.COM Apr 01 2017 01:23:00     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON AZ 85712-1083
13249875       +EDI: AMEREXPR.COM Apr 01 2017 01:23:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
13249877       +EDI: BANKAMER.COM Apr 01 2017 01:23:00     Bank Of America, N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
13249878        EDI: CAPITALONE.COM Apr 01 2017 01:23:00     Cap One,    Po Box 85520,    Richmond, VA 23285
13266027        EDI: CAPITALONE.COM Apr 01 2017 01:23:00     Capital One,    Po Box 85520,    Richmond, VA 23285
13476570       +EDI: BASSASSOC.COM Apr 01 2017 01:23:00     Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13249880       +EDI: RCSFNBMARIN.COM Apr 01 2017 01:23:00     Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
13269329       +EDI: TSYS2.COM Apr 01 2017 01:23:00     Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13269330       +EDI: TSYS2.COM Apr 01 2017 01:23:00     Department Stores National Bank/Visa,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13255555        EDI: DISCOVER.COM Apr 01 2017 01:23:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
13249881       +EDI: DISCOVER.COM Apr 01 2017 01:23:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
13327137       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 01 2017 01:43:36      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13249883       +EDI: AMINFOFP.COM Apr 01 2017 01:23:00     First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13249884        EDI: RMSC.COM Apr 01 2017 01:23:00     Gecrb/Ge Money Bank Lo,    Po Box 103065,
                 Roswell, GA 30076
13266033        EDI: RMSC.COM Apr 01 2017 01:23:00     Gecrb/Ge Money Bank Lowes,    Po Box 103065,
                 Roswell, GA 30076
13249885        EDI: RMSC.COM Apr 01 2017 01:23:00     Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13249887        EDI: HFC.COM Apr 01 2017 01:23:00     Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850
13366472       +EDI: BASSASSOC.COM Apr 01 2017 01:23:00     HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13249886       +EDI: HFC.COM Apr 01 2017 01:23:00     Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13377612        EDI: JEFFERSONCAP.COM Apr 01 2017 01:23:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302

```
District/off: 0315-2          User: llea                    Page 2 of 3                   Date Rcvd: Mar 31, 2017
                              Form ID: 3180W                Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13333254         EDI: RESURGENT.COM Apr 01 2017 01:23:00      LVNV Funding LLC its successors and assigns as,
                  assignee of FNBM LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13249888        +EDI: TSYS2.COM Apr 01 2017 01:23:00      Macys/Fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
13249889        +EDI: TSYS2.COM Apr 01 2017 01:23:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13345397         EDI: MERRICKBANK.COM Apr 01 2017 01:23:00      Merrick Bank,    c/o Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
13249890        +EDI: MERRICKBANK.COM Apr 01 2017 01:23:00      Merrick Bank,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
13320250        +EDI: OPHSUBSID.COM Apr 01 2017 01:23:00      OAK HARBOR CAPITAL IV, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13916932         EDI: AGFINANCE.COM Apr 01 2017 01:23:00      OneMain Financial Inc,    P.O. Box 6042,
                  Sioux Falls, SD 57117-6042
13343467         EDI: PRA.COM Apr 01 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
13619234        +EDI: PRA.COM Apr 01 2017 01:23:00      PRA Receivables Management, LLC,    POB 41067,
                  Norfolk, VA 23541-1067
13298082        +E-mail/Text: csidl@sbcglobal.net Apr 01 2017 01:43:20      Premier Bankcard/Charter,    POB 2208,
                  Vacaville, CA 95696-8208
13293988         EDI: Q3G.COM Apr 01 2017 01:23:00      Quantum3 Group LLC as agent for,
                  World Financial Network National Bank,    PO Box 788,    Kirkland, WA  98083-0788
13270973         EDI: RECOVERYCORP.COM Apr 01 2017 01:23:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13249892        +EDI: SEARS.COM Apr 01 2017 01:23:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13249893        +EDI: WFNNB.COM Apr 01 2017 01:23:00      Soanb/Fbug,    745 Center Street,
                  Milford, OH 45150-1324
13278307        +E-mail/Text: bncmail@w-legal.com Apr 01 2017 01:43:06      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13249895        +EDI: WTRRNBANK.COM Apr 01 2017 01:23:00      Target Nb,    Po Box 673,
                  Minneapolis, MN 55440-0673
13249896        +E-mail/Text: mjoyce@triboro-fcu.org Apr 01 2017 01:43:33       Tri Boro Fcu,    600 E 8th Ave,
                  Munhall, PA 15120-1900
13249898        +EDI: TSYS2.COM Apr 01 2017 01:23:00      Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13249899        +EDI: WFNNB.COM Apr 01 2017 01:23:00      Wfnnb/Fashion Bug,    Po Box 182272,
                  Columbus, OH 43218-2272
13249900        +EDI: WFNNB.COM Apr 01 2017 01:23:00      Wfnnb/Ny&C,    220 W Schrock Rd,
                  Westerville, OH 43081-2873
13249901        +EDI: WFNNB.COM Apr 01 2017 01:23:00      Wfnnb/Sam Levin Inc,    Po Box 29168,
                  Columbus, OH 43229-0168
                                                                                                TOTAL: 47

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Duquesne Light Company
13249874        William J. Mattis and Christina Mattis
13266022        William J. Mattis and Christina Mattis
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                  ST CLOUD, MN 56302-9617)
13266025*     ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,    COLUMBUS GA  31907-3049
                (address filed with court:   Aspire/Cb&T,    9 Mutec Dr,    Columbus, GA 31907)
13266023*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13266026*      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
13550540*      +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13266028*      +Citi/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13266029*      +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13266030*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13266031*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13266034*       Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13266036*     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court:   Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
13359968*      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                  Norfolk VA 23541-0907
13266035*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13266037*      +Macys/Fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266038*      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266039*      +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
13266040*      +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13266041*      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13266042*      +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13266043*      +Std Mtg Co,    5871 Glenridge Drive,    Atlanta, GA 30328-5375
13266044*      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13266045*      +Tri Boro Fcu,    600 E 8th Ave,    Munhall, PA 15120-1900
13266046*      +United Consumer Finl S,    865 Bassett Rd,    Westlake, OH 44145-1194
13266047*      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13266048*      +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272
13266049*      +Wfnnb/Ny&C,    220 W Schrock Rd,    Westerville, OH 43081-2873
13266050*      +Wfnnb/Sam Levin Inc,    Po Box 29168,    Columbus, OH 43229-0168
```

```
District/off: 0315-2           User: llea                 Page 3 of 3              Date Rcvd: Mar 31, 2017
                               Form ID: 3180W             Total Noticed: 64
```

          ***** BYPASSED RECIPIENTS (continued) *****
                                                                                          TOTALS: 4, * 27, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christina  Mattis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor William J. Mattis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8